Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

United States Courts
Southern District of Texas
**FILED**
JAN 12 2026
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Scwyana Smith            )  Case No. **26 CV 228**
                         )  (to be filled in by the Clerk's Office)
                         )
*Plaintiff(s)*           )
(Write the full name of each plaintiff who is filing this complaint. )  Jury Trial: (check one) ✔ Yes ☐ No
If the names of all the plaintiffs cannot fit in the space above,    )
please write "see attached" in the space and attach an additional    )
page with the full list of names.)                                   )
            -v-                                                      )
                                                                     )
Kenneth Keys Individual capacity                                     )
Judge Hildalgo Individual Capacity                                   )
Harris County, Jon Rosenthal and Ken Paxton,                         )
Marilyn Burgess Judge Collier, Christin Menefee                      )
*Defendant(s)*                                                       )
(Write the full name of each defendant who is being sued. If the     )
names of all the defendants cannot fit in the space above, please    )
write "see attached" in the space and attach an additional page      )
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Scwyana Smith |
   | Street Address | 19510 Buckland Park |
   | City and County | Katy |
   | State and Zip Code | Texas 77449 |
   | Telephone Number | 281-854-8756 |
   | E-mail Address | sumday20251@outlook.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Kenneth Keys |
| Job or Title (if known) | US Const 201 Carolina, demoted from Asst Cheif of Police, Evicitor |
| Street Address | 6831 Cypresswood transfered to 201 Carolina Houston Texas |
| City and County | Spring Texas |
| State and Zip Code | 77379 |
| Telephone Number | 8329276200 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Judge Hildalgo |
| Job or Title (if known) | No title for the no case no Judge Suppress a Crime /County Judge |
| Street Address | 1001 Preston Street Ste 911 |
| City and County | Harris |
| State and Zip Code | Texas |
| Telephone Number | 713-274-7000 |
| E-mail Address (if known) | judge.hidalgo@harriscountytx.gov |

Defendant No. 3

| | |
|---|---|
| Name | US Representative Jon Rosenthal |
| Job or Title (if known) | US Representative |
| Street Address | 8440 Greenhouse Rd., Suite #A104 |
| City and County | Cypress, |
| State and Zip Code | TX 77433 |
| Telephone Number | 281-463-5056 |
| E-mail Address (if known) | jon.rosenthal@house.texas.gov |

Defendant No. 4

| | |
|---|---|
| Name | Ken Paxton |
| Job or Title (if known) | Attorney General |
| Street Address | Attorney General, 300 W. 15th Street, |
| City and County | Austin, |
| State and Zip Code | Texas |
| Telephone Number | 512-463-2100 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
UNITED STATES AND STATE OF TEXAS CONSTITUTIONAL LAWS VIOLATION OATH
State and Local Police Generally Swear an Oath to the Undited States COnstitution, as Civil Service or Uniformed Service Officers"That I will bear TRUE FAITH and allegiance to the same that I take this Obligation Freely, FEDERAL LAW And State LAW Under Federal law, 18 USC 242, it is illegal for anyone under the color of law to deprive any person of the rights, privileges of immunities secured by the U.S. Constitution, and under 18 USC 241 4th Amendment Rights to free from unreasonable

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kenneth Keys, is a citizen of the State of *(name)* Texas.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Scwyana Smith All things Beautiful and Global, is incorporated under the laws of the State of *(name)* no incorporated Impersonated by defendant, and has its principal place of business in the State of *(name)*
      Yes, Researcher from 19510 Buckland Park.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Impersonated Revoked Incoporation, is a citizen of the State of *(name)* Impersonated by Kenneth Keys and others. Or is a citizen of *(foreign nation)* one is Derrek Castillo.

    b. If the defendant is a corporation

The defendant, *(name)* Impersonated Legend Classic Homes L1, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas

Or is incorporated under the laws of *(foreign nation)* Spain using NFC for payments, and has its principal place of business in *(name)* Judge Hildalgo allegedly State Official

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Yes the amount no amount of money could possibly be enough. My house was stoled 301k illegal eviciton without a case in any court of law Eviciton done out of a State Court 201 Carolina hidden under a canterbury. I took years of research and my research was stolen had to start over. There were two major breaks in the Scam. The Second Came after I filed against Kenneth Massey. Humble Chief had said prior Kenneth Massy should not been on your property. When his whistle blower Congressiona Military. Retailation of a financial Crime appeared. I read it and

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Elective Officials are Accountble in their Official Capacity and Judge Hildalgo is at the Helm and Violated and Suppressed the True Evidence. on 01-11-2022 around 9:30 am four armed Precinct Police arrvied on the scene. 1. Smith denied entry asked for warrent. 2. Enter the Home without a Warren. 3. Julia Johnson statement it not County it District. 3. Corporal David Swearing misconduct a 8. Internal affairs investigation unfounded. No Eviciton Documents ever located. 02/26/2025 Smith Learn Corondo stated unfounded in the JP Court. 02/27/2025 Kenneth Keys stated unfounded policies and procedures followed in the JP Court. Asked for the cause number both no cause number.03/14/2025 police report responded with a Whistle Blower Complaint wherever Smith is located, 24 Hour Watch onSmith. Smith is an eyewitness to Kenneth Massey Whistle Blower

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to orde them to stay away from me, my firends and family a TRO. I am aking the court to have them stay away from my Univeristy they hacked in changed the password. Changed my career information put all my resumes in the trash located a professor who class I dropped. Then asked him for a testiomony against.me. to stop ruing my ruputation. I have worked hard to earn 3 degrss A counselor, A Master In business managment and leadership. A Master In Public Polices. A certification as a Chaplian. They even went to my church and still doing religion crimes, discrimination. I ask the court to award my job back so I can make a living and take care of myself. help my dauther and granddaughter, and To stop trying to force me out of Texas. I did

I reserve the right to add and update. I ask the court for a an attorney and they pay for the attorney of my picking and ask them to stop cyberstalking so I cannot find an attorney redirecting my informaiton

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/12/2026

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Scwyana Smith

### B. For Attorneys

Date of signing: 1-12-2025

Signature of Attorney: Pro SE if Accepted em/, la Pro bono is
Printed Name of Attorney: Assigned; Scwyana Smith pro SE
Bar Number:
Name of Law Firm:
Street Address: 14510 Buckland Park Dr. Katy TX
State and Zip Code: 77449
Telephone Number: 281-854-8156
E-mail Address: Sumaag20251@outlook.com

